

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*K.T. Newton*
*Direct Dial: (215) 861-8329*
*Facsimile: (215) 861- 8618*
*E-mail Address: kt.newton@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

July 20, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Thomas Gavin</u>
             Criminal No. 21-25

Dear Clerk:

    Please unimpound the Information regarding the above-captioned case. The Information was filed on January 29, 2021.

                          Very truly yours,

                          JENNIFER ARBITTIER WILLIAMS
                          Acting United States Attorney


                          /s K.T. Newton
                          K.T. NEWTON
                          Assistant United States Attorney